**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Spagett, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bar Americano** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4241843** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **24 Leslie Street NE**<br>**Atlanta, GA 30307**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Spagett, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **Spagett, LLC**
Name    Case number (*if known*)

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Spagett, LLC**
_____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2018**
_____
MM / DD / YYYY

**X** **/s/ Michael J. Blydenstein**                    **Michael J. Blydenstein**
_____        _____
Signature of authorized representative of debtor        Printed name

Title    **Partner**
_____

**18. Signature of attorney**

**X** **/s/ G. Frank Nason, IV**                    Date    **December 30, 2018**
_____            _____
Signature of attorney for debtor                    MM / DD / YYYY

**G. Frank Nason, IV 535160**
_____
Printed name

**Lamberth, Cifelli, Ellis & Nason, P.A.**
_____
Firm name

**1117 Perimeter Center West
Ste. N313
Atlanta, GA 30338**
_____
Number, Street, City, State & ZIP Code

Contact phone    **404-262-7373**            Email address    **fnason@lcenlaw.com**
_____                    _____

**535160 GA**
_____
Bar number and State

Debtor    **Spagett, LLC**                                                    Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
  amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Earl E. Cloud, III** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **12/30/18** | Case number, if known | |
| Debtor | **Julian Kristopher Goglia** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **12/30/18** | Case number, if known | |
| Debtor | **Michael J. Blydenstein** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **12/30/18** | Case number, if known | |
| Debtor | **Paladin Hospitality, LLC dba The Pinewood** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/12/18** | Case number, if known | **18-67292** |
| Debtor | **Southeastern Hospitality, LLC dba The Mercury** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/12/18** | Case number, if known | **18-67291** |

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Spagett, LLC**                  Case No. _____

                        Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:    **December 30, 2018** _____        **/s/ Michael J. Blydenstein** _____

                                            **Michael J. Blydenstein**/Partner
                                            Signer/Title

1St Global Capital LLC
1250 East Hallandale Beach Bl.
Ste 409
Hallandale, FL 33009


Ace Loan
3173 Hwy 129 North
Cleveland, GA 30528


Acuity CFO, LLC
3423 Piemont Road NE
Atlanta, GA 30305


Advanced Color Imaging
5300 Oakbrook Parkway
Ste. 340
Norcross, GA 30093


All State Mall Services
PO Box 93717
Las Vegas, NV 89193


Alliance Funding Group
3745 W. Chapman Ave
Ste 200
Orange, CA 92868


American Express
PO Box 1270
Newark, NJ 07101


Ameripride
1081 Experiment Stn Rd
Watkinsville, GA 30677


Amur Equipment Finance, Inc.
c/o Rachelson & White
3350 Riverwood Pkwy Ste 2110
Atlanta, GA 30339

BFS Capital
3301 N. University Drive
Ste. 300
Pompano Beach, FL 33065


Bizfund, LLC
762 N. Orange Street
Ste.762
Wilmington, DE 19801


BMI
PO Box 630893
Watkinsville, GA 30677


Buckhead Beef
4500 Wickersham Dr
Atlanta, GA 30330


Cofactor LLC
2711 Centerville Ste 400
Wilmington, DE 19808


Corporation Service Company
801 Adlai Stevenson Dr
Apopka, FL 32703


Creadibility Capital
419 Park Ave South
8th Floor
New York, NY 10016


CTI
942 Enterprise Ste B
Sacramento, CA 95825-1000


DAU Group Investments, LLC
2630 Talley Street
Unit 403
Decatur, GA 30030

East Andrews Realty, LLC
Glenridge Highlands One Ste800
555 Glenridge Connector
Atlanta, GA 30342


Fundation Group, LLC
11501 Sunset Street NE
Atlanta, GA 30307


Georgia Dept of Revenue
1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345


Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308


Global Financial and Leasing
Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250


GTR Source
111 John Street
Ste 1210
New York, NY 10038


HAWAJE
S Concourse Pkwy
Ste 1000
Atlanta, GA 30328


Jamestown PCM Master Tenant LP
Ponce City Market
675 Ponce De Leon Ave NE
Atlanta, GA 30308

Navitas Credit Corp
One Post Office Square
Ste. 3710
Boston, MA 02109


NFS Leasing
900 Commings Center
Ste 226-U
Beverly, MA 01915


On Deck Capital
155 E 56th Street
New York, NY 10022


One Point
PO Box 1849
Woodstock, GA 30188


Paladin Hospitality, LLC
dba The Pinewood
254 W. Ponce de Leon Ave.
Decatur, GA 30030


Pawnee Leasing Corp
c/o Aldridge Pite Haan LLP
PO Box 52815
Atlanta, GA 30355-0815


Paycor
3525 Piedmont Rd NE
5 Piedmont Ctr Ste 520
Atlanta, GA 30305


PBS Capital
One Evertrust Plaza
Ste 1401
Jersey City, NJ 07302

People's United Bank
One Post Office Square
Ste. 3710
Boston, MA 02109


Rohrig Investments, LP
340 East Paces Ferry
Atlanta, GA 30305


S. Nataniel De Veaux
Kitchens Kelley Gynes PC
5555 Glenridge Conn Ste 800
Atlanta, GA 30342


Sard & Leff, LLC
3789 Roswell Rd NE
Atlanta, GA 30342


Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308


Technology Insurance Company
8948 Canyon Falls Blvd
Ste 200
Twinsburg, OH 44087


Touchmark National Bank
3651 Old Milton Pkwy
Alpharetta, GA 30005


Vend Lease
8100 Sandpiper Circle
Ste. 300
Nottingham, MD 21236

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **Spagett, LLC**                         Case No. _____

                                 Debtor(s)            Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Spagett, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2018** _____

Date

**/s/ G. Frank Nason, IV** _____

**G. Frank Nason, IV 535160**

Signature of Attorney or Litigant

Counsel for   **Spagett, LLC** _____

**Lamberth, Cifelli, Ellis & Nason, P.A.**
**1117 Perimeter Center West**
**Ste. N313**
**Atlanta, GA 30338**
**404-262-7373 Fax:404-262-9911**
**fnason@lcenlaw.com**