## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In  Debtor(s)
Re: **Spagett, LLC**
24 Leslie Street NE
Atlanta, Ga 30307

Case No.: **18−71766−pmb**
Chapter: **7**
Judge: **Paul Baisier**

**81−4241843**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Paul Baisier_
Paul Baisier
United States Bankruptcy Judge

Dated: April 19, 2019
Form 184